Case 4:23-cv-02860   Document 62   Filed on 10/17/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
October 17, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| PATRICK NAGORSKI, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. H-23-2860 |
| § | |
| HARRIS COUNTY, TEXAS § | |
| § | |
| Defendant. § | |

## ORDER

Pending before the Court is Defendant's Motion for Summary Judgment (Document No. 46). Having considered the Defendant's motion, submissions, and applicable law, the Court determines that Defendant's motion should be denied.[1] Accordingly, the court hereby

**ORDERS** that Defendant's Motion for Summary Judgment (Document No. 46) is **DENIED**.

SIGNED at Houston, Texas, on this 17 day of October, 2024.

DAVID HITTNER
United States District Judge

---

[1] The Court takes note of Plaintiff's desire to non-suit his claims for violation of the Family and Medical Leave Act ("FMLA") and for retaliation under the FMLA. *Plaintiff's Notice of Partial Non-Suit of Family and Medical Leave Act Claims Only*, Document No. 56 at 1. Plaintiff's claims brought pursuant to the American with Disabilities Act shall remain intact for final adjudication.