UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **PATRICK NAGORSKI** | § | |
| | § | |
| **V.** | § | **C.A. NO.: 4:23-cv-02860** |
| | § | |
| **HARRIS COUNTY, TEXAS** | § | |

### FIRST SUPPLEMENT TO JOINT PRETRIAL ORDER [DOC. 72]

**TO THE HONORABLE DAVID HITTNER:**

COMES NOW, Plaintiff, Patrick Nagorski (hereinafter "Plaintiff") and Defendant, Harris County, Texas (hereinafter "Defendant"), and file this First Supplement to Joint Pretrial Order [Doc. 72].

1. As supplement, attached hereto as Exhibit K is the Parties' Joint Jury Charge, Instructions and Interrogatories.

2. As supplement, here follows the Parties' Agreed Proposed Joint Statement of the Case to be read to the jury:

**Agreed Proposed Joint Statement of the Case**

1. This is an employment discrimination case alleging disability discrimination and failure to accommodate under the American with Disabilities Act of 1990 (the "ADA") (42 U.S.C. § 12101, *et seq.*) and the Americans with Disabilities Act Amendments Act of 2008 (the "ADAAA").

2. In this case, Plaintiff Patrick Nagorski worked as an Assistant County Attorney for Defendant Harris County, Texas' County Attorney's Office. Mr. Nagorski alleges that in 2021 and 2022, he had a disability and during this time-period requested accommodation under the ADA from Harris County. Mr. Nagorski alleges that Harris County failed to provide accommodation and discriminated against him due to his disability.

3. Harris County asserts that it did accommodate any alleged disability claimed by Mr. Nagorski and denies that it discriminated against Mr. Nagorski because of his alleged disability. Harris County asserts that any actions taken related to Mr. Nagorski's employment were done for legitimate non-discriminatory reasons.

Respectfully submitted,

THE GABBERT LAW FIRM

/s/ *Allison H. Gabbert*
Allison H. Gabbert
Federal ID No.: 22799
Texas Bar No. 00795357
11511 Katy Freeway, Suite 610
Houston, Texas 77079
Email: allison@thegabbertlawfirm.com
713-980-9012 Telephone
866-427-6768 Facsimile
*Attorney for Plaintiff Patrick Nagorski*

and

**MONTY & RAMIREZ LLP**

/s/ *Ruth M. Willars*
Ruth M. Willars
Texas SBN: 24003175
Fed. ID No.: 28285
Daniel N. Ramirez
Texas SBN: 24039127
Fed. ID No.: 36213
150 W. Parker Road, 3rd Floor
Houston, TX 77076
Ph.:281-493-5529
Fax: 281-493-5983
Email: rwillars@montyramirezlaw.com
Email: dramirez@montyramirezlaw.com

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I certify that on March 17, 2025, a true and correct copy of the above and foregoing was served upon all attorneys of record pursuant to the Federal Rules of Civil Procedure.

Ruth Willars
Daniel N. Ramirez
Monty & Ramirez, LLP
150 W. Parker Rd., Third Floor
Houston, Texas 77076
dramirez@montyramirezlaw.com
nrodriguez@montyramirezlaw.com
281-493-5529 Telephone
281-493-5983 Facsimile
*Attorneys for Defendant Harris County, Texas*

/s/ *Allison H. Gabbert*
Allison H. Gabbert